# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIE SKINNER, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| vs. | ) Case No. CIV-2016-832-M |
| | ) |
| INDEPENDENT SCHOOL DISTRICT | ) |
| NO. 23 OF JEFFERSON COUNTY, | ) |
| OKLAHOMA, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Julie Skinner, ("Plaintiff") and Defendant, Independent School District No. 23 of Jefferson County, Oklahoma (the "School District"), hereby stipulate, warrant and represent to the Court:

1. Plaintiff and School District stipulate that all of Plaintiff's claims and causes of action alleged against School District are dismissed with prejudice.

2. Plaintiff and School District stipulate that all claims by any party for costs and attorneys' fees are stipulated to be dismissed with prejudice.

3. Plaintiff and School District will bear their own attorneys' fees and costs.

**SO STIPULATED**.

                                           **Respectfully submitted,**

                                           *s/Cheryl A. Dixon*
                                           **Frederick J. Hegenbart, OBA No. 10846**
                                           **Cheryl A. Dixon, OBA No. 21958**
                                           **Rosenstein, Fist & Ringold**
                                           **Attorneys for Defendant School District**
                                           **525 S. Main, Suite 700**
                                           **Tulsa, OK  74103**
                                           **Telephone: (918) 585-9211**
                                           **Facsimile: (918) 583-5617**
                                           **fredh@rfrlaw.com**
                                           **cdixon@rfrlaw.com**
                                           **ATTORNEYS FOR DEFENDANT**

and

                                           *S/Christa R. Uhland*
                                           **Christa R. Uhland, OBA #30934**
                                           **Mazaheri Law Firm, PLLC**
                                           **3445 W. Memorial Rd., Ste. H**
                                           **Oklahoma City, OK  73134**
                                           **Phone: (405)414-2222**
                                           **Facsimile: (405)607-4358**
                                           **Email:  christa@mazaherilaw.com**
                                           **ATTORNEYS FOR PLAINTIFF**